IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

GENEVA TURNER,                        )
                                      )
            Plaintiff,                )
                                      )
      v.                              )     Civil    Action    No.1:09-cv-867-SRW
                                      )                   (WO)
MICHAEL J. ASTRUE,                    )
Commissioner of Social Security,      )
                                      )
            Defendant.                )

## JUDGMENT

In accordance with the Memorandum of Opinion entered on this date, it is

ORDERED, ADJUDGED and DECREED that the decision of the Commissioner is

AFFIRMED.

Done, this 30th day of June, 2010.


                              /s/ Susan Russ Walker_____
                              SUSAN RUSS WALKER
                              CHIEF UNITED STATES MAGISTRATE JUDGE